**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Prime Healthcare Services – Garden Grove, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **Thomas E. Price, M.D.**, in his official capacity as Secretary of the Department of Health and Human Services, <br><br> Defendant. | Case No. SACV 17-00169 AG (KSx) <br><br> **JUDGMENT** |

The Court enters judgment for Defendant and against Plaintiff.

Dated October 23, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT